# UNITED STATES DISTRICT COURT
Western District of North Carolina

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

Name of Offender: **Gregory D. Rankin** Case Number: 3:07CR00211-5

Name of Sentencing Judicial Officer: The Honorable Martin Reidinger, U.S. District Court Judge

Date of Original Sentence: 2/27/2009 Register Number: 22603-058 PACTS Number: 18835

Original Offense: Conspiracy to Commit Mail, Wire and Bank Fraud in violation of 18 U.S.C. 1341.1343.1344 and 1349. The following special conditions were ordered: (1) pay special assessment of $100 (paid); (2) the defendant shall pay court appointed counsel fees of $3,679.08 (balance $3,579.08)

Original Sentence: Probation

Type of Supervision: Probation Date Supervision Commenced: 2/27/2009

---

## PETITIONING THE COURT

☐ To extend the term of supervision for years, for a total of years.
☒ To modify the conditions of supervision as follows:

> "Any outstanding balance of the court appointed counsel fees be remitted at the expiration of the supervision period."

## CAUSE

The defendant has been employed by Youth Development Initiatives for four years; however, he has struggled to make ends meet at home and has been unable to make payments. He has been compliant while on Probation; however, he did have a traffic citation. This matter has been resolved. There are no other known violations to date.

The defendant's term of supervision is set to expire on 2/26/2014, and it is the request of the United States Probation Office that any outstanding balance of the court appointed counsel fees be remitted at the expiration of the supervision period.

The defendant has been advised of his rights under Rule 32.1(c) and has agreed to this modification.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,
By s/ Valerie G. Debnam
Valerie G. Debnam
U.S. Probation Officer
200 South College St
Suite 1650
Charlotte, NC 28202
704-350-6656
Date: February 4, 2014

Approved by: s/ Keith S. Snyder II
Keith S. Snyder II

Supervising U.S. Probation Officer

---

THE COURT ORDERS:

☐ No Action
☐ The Extension of Supervision as Noted Above
☒ The Modification of Conditions as Noted Above
☐ Other

Date: February 5, 2014

Martin Reidinger
United States District Judge